## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JOCELYN BRUTUS,

    *Plaintiff,*

v.                                      Case No.: 1:24cv134-MW/HTC

YES COMPANIES FRED, LLC,
et al.,

    *Defendants.*

_____/

## ORDER FOR DISMISSAL

Pending before this Court is Plaintiff's motion to enforce settlement agreement against Defendant Trans Union LLC, ECF No. 69, and the parties' stipulation of dismissal with prejudice regarding Defendant Trans Union LLC, ECF No. 72. The motion to enforce settlement agreement, ECF No. 69, is **DENIED as moot**. The joint notice of stipulation of dismissal is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk shall cancel the hearing set for May 1, 2025, and close the file.

    **SO ORDERED on April 22, 2025.**

                         s/Mark E. Walker
                         **Chief United States District Judge**